## 55928. NEWELL v. TRAVELERS INSURANCE COMPANY et al.

QUILLIAN, Presiding Judge.

The claimant having failed to carry the burden of proof that his condition had changed, the award of the State Board of Workmen's Compensation was authorized.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED JUNE 7, 1978 — DECIDED JULY 14, 1978.

*Williams & Starling, Lee R. Williams,* for appellant.
*Young, Young, Ellerbee & Clyatt, F. Thomas Young, Robert M. Clyatt,* for appellees.